IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DASHAWN JAMISON,
      Plaintiff,
      v. : Case No. 3:11-cv-98-KRG-KAP
JACK MOTTIN, DAVID RAMBEAU, and
TIMOTHY CRYTZER,
      Defendants

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on July 5, 2013, docket no. 94, recommending that the remaining defendants' motion for summary judgment, docket no. 81, be granted.

The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. Plaintiff was granted an extension of time to file objections, and filed objections on August 12, 2013, docket no. 98, with related pleadings at docket no. 99-102. Collectively, they are meritless.

After de novo review of the record, the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this **9th** day of September, 2013, it is

ORDERED that the defendants' motion for summary judgment, docket no. 81, is granted, and judgment is entered in favor of all defendants. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

> Dashawn Jamison GW-6262
> S.C.I. Camp Hill
> P.O. Box 200
> Camp Hill, PA 17001-0200